UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BRYAN O'NEAL,                )
       Petitioner,      )
                             )
vs.                          )   No. 1:06-cv-1258-SEB-VSS
                             )
BETTY WEIST,                 )
                             )
       Respondent.      )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 09/27/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bryan O'Neal
623 N. Main Street
Anderson, IN  46016